

FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 21-0125

DOROTHY BRADLEY, BOB BROWN,
MAE NAN ELLINGSON, VERNON FINLEY,
and MONTANA LEAGUE OF WOMEN
VOTERS,

        Petitioners,

v.

GREG GIANFORTE, Governor of the State of
Montana,

        Respondent.

FILED

MAR 2 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### O R D E R

IT IS HEREBY ORDERED that District Judge Kurt Krueger is designated to participate in this matter in place of Chief Justice Mike McGrath, who has recused himself from all proceedings in the case.

The Clerk is directed to provide copies of this Order to the Hon. Kurt Krueger, to counsel for Petitioners, and to all parties on whom the Petition has been served.

DATED this 24th day of March, 2021.

For the Court,

_____
Acting Chief Justice